John BROOKS et al., Appellants,

v.

Margaret A. CARLTON, Appellee.

No. 13943.

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 20, 1957.

Decided Dec. 26, 1957.

Mr. Julius W. Robertson, Washington, D. C., with whom Mrs. Dovey J. Roundtree, Washington, D. C., was on the brief, for appellants.

Mr. William F. Becker, Washington, D. C., for appellee.

Before WILBUR K. MILLER, FAHY and WASHINGTON, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the District Court removing a cloud on the title to certain real estate. After considering the contentions of the parties, both legal and equitable, we are of the view that the order of the District Court should not be disturbed.

Affirmed.